IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00529-AP

**Rose M. Messina,**

    Plaintiff,

    v.

**MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

### 1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff:

Michael W. Seckar, No. 12011
402 W. 12th Street
Pueblo, CO 81003
Telephone: (719) 543-8636
FAX: (719) 543-8403
E-mail: seckarlaw@mindspring.com

For Defendant:

David M. Gaouette
Acting United States Attorney

Kevin Thomas Traskos
Assistant U.S. Attorney
Kevin.Traskos@usdoj.gov

Allan Berger
Special Assistant U.S. Attorney
1961 Stout St., Suite 1001A
Denver, CO 80294
Telephone: (303) 844-2149
Fax: (303) 844-0770
allan.berger@ssa.gov

### 2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 USC 405(g).

### 3. DATES OF FILING OF RELEVANT PLEADINGS

    A.    Date Complaint Was Filed: 3/12/2009.
    B.    Date Complaint Was Served on U.S. Attorney's Office: 4/3/09.
    C.    Date Answer and Administrative Record Were Filed: 6/16/09.

### 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

**Plaintiff states:** Although Plaintiff's counsel will thoroughly review the Record, the accuracy and completeness of the Administrative Record cannot be ascertained until after Plaintiff's final opening brief is finally drafted and filed.

**Defendant states:** To the best of his knowledge, the record is complete.

### 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

**Plaintiff states:**  See paragraph four above.

**Defendant states:**  None anticipated.

### 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

**Plaintiff states:**  This case involves no unusual claims.

**Defendant states:**  This case does not involve unusual claims or defenses.

### 7. OTHER MATTERS

**Plaintiff states:**   The record appears to be complete, but a final position by Plaintiff cannot be determined until the final draft of his opening brief is filed.

**Defendant states**:  To the best of his knowledge, there are no other matters.

### 8. BRIEFING SCHEDULE

    A.    Plaintiff's Opening Brief Due: 8/17/09
    B.    Defendant's  Response Brief Due: 9/16/09
    C.    Plaintiff's  Reply Brief Due: 10/1/09

### 9. STATEMENTS REGARDING ORAL ARGUMENT

     A.     **Plaintiff's Statement:** Oral Argument is requested.
     B.     **Defendant's Statement:**  Oral Argument is not requested.

### 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

     A.     **(  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
     B.     **(X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

### 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1 BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

### 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

     DATED:  July 8, 2009

                                         BY THE COURT:

                                         *<u>S/John L. Kane</u>*
                                         U.S. DISTRICT COURT JUDGE

     APPROVED:

| | |
|---|---|
| s/ Michael W. Seckar<br>Pueblo, CO 81006 Michael W. Seckar, No. 12011<br>402 W. 12th Street<br>Pueblo, CO 81003<br>Telephone: (719) 543-8636<br>FAX: (719) 543-8403<br>E-mail: seckarlaw@mindspring. | David M. Gaouette<br>Acting United States Attorney<br><br>Kevin Thomas Traskos<br>Assistant U.S. Attorney<br>Kevin.Traskos@usdoj.gov<br><br>s/ Allan Berger<br>Allan Berger<br>Special Assistant U.S. Attorney<br>1961 Stout St., Suite 1001A<br>Denver, CO 80294<br>Telephone: (303) 844-2149<br>Fax: (303) 844-0770<br>allan.berger@ssa.gov<br><br>Attorneys for Defendant |